UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| KENNETH DAVIS,<br><br>     Plaintiff,<br>VS.<br><br>MICHAEL J ASTRUE,<br><br>     Defendant. | §<br>§<br>§<br>§   CIVIL ACTION NO. C-08-127<br>§<br>§<br>§<br>§ |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION ON**
<u>**PLAINTIFF'S MOTION FOR ATTORNEY FEES**</u>

On December 23, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that the Court find that 17.80 billable hours expended on this case by plaintiff's counsel were reasonable and necessary; that plaintiff is entitled to reimbursement of costs and expenses; and that plaintiff's motion for attorney fees, costs and expenses be granted and plaintiff be awarded $2,855.12 in attorney fees and $9.98 in costs and expenses.  Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court.  Accordingly, it is

ORDERED that plaintiff's motion for attorney fees, costs and expenses is granted and plaintiff is awarded $2,855.12 in attorney fees and $9.98 in costs and expenses.

SIGNED and ORDERED this 27th day of January, 2009.

_____
Janis Graham Jack
United States District Judge